SCWC-30606

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ICA NO. 30606
EMERSON M.F. JOU, M.D., Petitioner/Plaintiff-Appellant,

v.

ARGONAUT INSURANCE COMPANY, An Entity, Form Unknown;
CITY AND COUNTY OF HONOLULU, A Self-Insured Governmental Entity;
HEMIC, aka Hawaii Employers Medical Insurance Company,
An Entity, Form Unknown; and MARRIOTT CLAIM SERVICES CORPORATION,
A Corporation, Respondents/Defendants-Appellees.
(CIV. NO. 03-1-1445)

--------------------------------------------------------------
ICA NO. 30607
EMERSON M.F. JOU, M.D., Petitioner/Plaintiff-Appellant,

v.

HEMIC, aka Hawaii Employers Medical Insurance Company,
An Entity, Form Unknown, Respondents/Defendants-Appellees.
(CIV. NO. 09-1-1529)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Pollack, JJ., and
Circuit Judge Trader, in place of Recktenwald, C.J., recused, and
Circuit Judge Browning, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellant Emerson M.F. Jou, M.D.'s

Application for Writ of Certiorari, filed February 15, 2014, is

hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, March 31, 2014.

Stephen M. Shaw
for petitioner

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rom A. Trader

/s/ R. Mark Browning



2